**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                    **No. 21-cv-0099 CG/SMV**

**$9,520.00 IN UNITED STATES CURRENCY,**

    **Defendant.**

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.  The United States initiated this action for forfeiture *in rem* on February 5, 2021.  [Doc. 1].  Nothing further has been filed on the record since February.  Accordingly, the United States must file a status report—indicating whether it intends to pursue its claim, and if so, when it intends to take action on the record in furtherance of such claim—no later than **August 20, 2021**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**