# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    CV No. 21-99 CG/SMV

$9,520.00 IN UNITED STATES CURRENCY,

        Defendant-in-rem.

## ORDER GRANTING DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on Plaintiff United States of America's *Motion for Default Judgment* (the "Motion"), (Doc. 11), filed August 31, 2021. In the Motion, the United States of America requests the Court enter a default judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), against Defendant $9,520.00 in United States currency. *Id.*

The Court, having reviewed the Motion and the relevant law, **HEREBY FINDS**:

1. The statements contained in the *Request for Clerk's Entry of Default*, (Doc. 9), the Clerk's *Entry of Default*, (Doc. 10), and the *Motion for Default Judgment*, (Doc. 11), are true; and

2. The Court has jurisdiction over the parties and the subject matter of this action and has power to enter a default judgment.

**IT IS THEREFORE ORDERED** that default judgment is entered in favor of the United States as to Defendant $9,520.00 in United States Currency. **IT IS FURTHER ORDERED** that all right, title and interest in the Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE